Andrew P Altholz, (SBN 152713);
Attorney at Law
100 Wilshire Boulevard Suite 950
Santa Monica California 90401-1145
Phone   (310) 451-0789
Fax:  (310) 821-4905 Fax
Email:  andrewpaltholz@msn.com

Attorney for Saad Eldin M Fathi

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – LOS ANGLES DIVISION

| | |
|---|---|
| In Re  Saad Eldin M Fathi<br><br>Debtor, | CASE NO.:  2:13-bk-38741-ER<br><br>Chapter 11<br><br>MOTION FOR ORDERS: TO SET ASIDE, TO AMEND, TO MAKE ADDITIONAL FINDINGS OF FACT, FOR A NEW HEARING, FOR RELIEF FROM ENTRY, AND OR FOR RECONSIDERATION (TO ALTER OR AMEND) THE MARCH 25, 2014 ORDER [DOCKET 28] ISSUED BY THE HON. ERNEST M ROBLES GRANTING THE MOTION FOR RELIEF FROM STAY [DOCKET 19] UNDER 11 USC SECTION 362 IN FAVOR OF WILMINGTON SAVINGS FUND SOCIETY FSB ETC AS TO THE REAL PROPERTY AT 4424 HIGHLAND DRIVE CARLSBAD CA 92008 PER FRBP 9023 /24 AND FOR AN OSC RE A TEMPORARY AND OR PRELIMINARY INJUNCTIVE ORDER UNDER THE COURT"S EQUITABLE POWER, 11 USC 105 (a) [AN ADVERSARY ACTION IS BEING FILED CONCURRENTLY  HEREWITH FOR REGARDING SAID RELIEF] TO PREVENT IRREPARABLE HARM TO MOVANT PRECLUDING SALE OF THE REAL PROPERTY FRBP 7007(7) and 7065; POINTS & AUTHORITIES; DECLARATION OF FERNANDO RANGEL (APPRAISER) WITH APPRAISAL REPORT; DECLARATION OF SAAD FATHI; AND DECLARATION OF ANDREW P ALTHOLZ; [FILED CONCURRENTLY WITH APPLICATION TO SHORTEN TIME FOR A HEARING];<br><br>DATE:  TO BE SET<br>TIME:   TO BE SET<br>CTRM: 1568<br>255 E TEMPLE ST 15TH FL LA CA 90012 |

SAAD Eldin M Fathi hereby moves the Court for Orders: to set aside, to amend, to make additional findings of fact, for a new hearing, for relief from entry, and or for reconsideration (to alter or amend) the March 25, 2014 Order [docket 28] issued by the Court granting the motion for relief from stay [Docket 19] under 11 USC section 362 in favor of Wilmington Savings Fund Society FSB not in its individual capacity but solely as Trustee of The Primestar-H Fund I Trust ("Wilmington"), as to the real property at 4424 Highland Drive Carlsbad CA 92008 ("Property") per FRBP 9023/24 which incorporate FRCP Rules 50(e) and 60(b) into Bankruptcy cases, based on new evidence of value of the Property and the amount of secured debt against the Property, based on an apparent incorrect claim of secured debt by Wilmington, in Mr. McDonnell's testimony, apparently overstating the same by $151,029.58, and or for mistake, inadvertence, surprise, excusable neglect, and for an OSC re a temporary and or preliminary injunctive Order under the Court's equitable power, 11 USC Section 105 (a) [an adversary action is being filed concurrently herewith regarding this relief] which pleading is incorporated by this reference, to prevent irreparable harm to Mr. Fathi and to prevent his claims from becoming moot by precluding sale of the Property per FRBP 7007(7) and 7065.

This Motion is based on this Notice, the attached points and authorities, the attached Declaration of Fernando Rangel and appraisal report (Exhibit 2) regarding the Property, the Further Declaration of Saad Eldin M Fathi and evidence, a Reinstatement Quote from Wilmington dated April 2, 2014 (Exhibit 4), the Declaration of Andrew P Altholz, the Court's March 25, 2014 Order [Docket 28] (Exhibit 1) of which Judicial Notice is requested, Wilmington's Motion for relief from stay regarding the Property [Docket 19], and evidence and exhibits including the Real Property Declaration of David McDonnell (Exhibit 3), and the Notice of Default and Election to sell under Deed of Trust Notice dated 9-13-2013 (Exhibit 5) of which Judicial Notice is requested, Mr. Fathi's Opposition to Wilmington's Motion and evidence and exhibits of which Judicial Notice is requested [Docket 21], the Court docket and file on this case of which Judicial Notice is requested, and the concurrently filed notice of appeal and adversary case of which Judicial Notice is requested, and such other and further evidence as may properly be presented to the Court.

///

Printed On Recycled Paper

Respectfully submitted

DATED: April 4, 2014

By: _____
ANDREW P. ALTHOLZ
Attorney for Saad Eldin M Fathi

POINTS & AUTHORITIES

STATEMENT OF FACTS

The instant motion requests relief arising from the Court's March 25, 2014 Order [docket 28] issued by the Court, granting the motion for relief from stay under 11 USC section 362, in favor of Wilmington Savings Fund Society FSB not in its individual capacity but solely as Trustee of The Primestar-H Fund I Trust ("Wilmington"), as to the real property at 4424 Highland Drive Carlsbad CA 92008 ("Property"), and requests imposition of a stay or injunction to preclude the foreclosure sale of the Property by Wilmington and its employees and agents and their employees, including the loan Servicer, Statebridge Company, and the Foreclosure Trustee under the Deed of Trustee, Cal-Western Reconveyance Corporation.

A true copy of the Court's March 25, 2014 Order granting Wilmington's Motion for relief from the automatic stay as to the Property is attached as Exhibit 1.

An appraisal was commissioned prior to the March 17, 2014, but even with diligence by Mr. Fathi, an appraisal report was not completed and as such was unavailable to present to the Court until this week. See Further Declaration of Mr. Fathi and Declaration of Mr. Rangel. A true copy of the Appraisal Report is attached as Exhibit 2. The same constitutes new and different evidence of a greater value of the Property than found by the Court, and of an increase in the value of the Property, as opposed to a decline.

The appraisal report (Exhibit 2) was not completed until after entry of the Court's March 25, 2014 Order by appraiser Mr. Rangel, valuing the Property at $2,105,000.00 using a Sales Comparison Approach. The report also evidences a current fair market value of $2,140,378.00 using a Cost Approach.

*Printed On Recycled Paper*