# APPRAISAL REPORT

## OF



4424 HIGHLAND DR
CARLSBAD, CA 92008-4227

# PREPARED FOR

Home owner

# AS OF

03/28/2014

# PREPARED BY

PRIME PROPERTY APPRAISALS
42036 Moraga Rd. #16F
Temecula, CA 92591

PRIME PROPERTY APPRAISALS
42036 Moraga Rd. #16F
Temecula, CA 92591

03/28/2014

Home owner

RE:     FATHI,SAAD & JAN M/FATHI,MUHAMMAD C
        4424 HIGHLAND DR
        CARLSBAD, CA 92008-4227
File No.   SDF1106G7
Case No.

Dear   CLIENT

In accordance with your request, I have personally inspected and prepared an appraisal report of the real
property located at:

                4424 HIGHLAND DR, CARLSBAD, CA 92008-4227

The purpose of this appraisal is to estimate the market value of the property described in the body of this
appraisal report.

Enclosed, please find the appraisal report which describes certain data gathered during our investigation
of the property.  The methods of approach and reasoning in the valuation of the various physical and
economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of
neighborhood data, led the appraiser to the conclusion that the market value, as of  03/28/2014
is:

                              $         2,105,000

The opinion of value expressed in this report is contingent upon the limiting conditions attached to this
report.

It has been a pleasure to assist  you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Signature:

FERNANDO RANGEL
AL042699

PRIME PROPERTY APPRAISALS

File No. SDPT8901

Case No.

## Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

### SUBJECT

| | |
|---|---|
| Property Address 4424 HIGHLAND DR | City CARLSBAD   State CA  Zip Code 92008-4227 |
| Borrower FATHI,SAAD & JAN M/FATHI,MUHAMMAD C   Owner of Public Record FATHI,SAAD & JAN M/FATHI,MUHAMMAD C   County SAN DIEGO | |

Legal Description PAR A TR 11174

Assessor's Parcel #   APN:206-192-27-00          Tax Year 2013      R.E. Taxes $ 12,254

Neighborhood Name CARLSBAD        Map Reference 1106-G7    Census Tract 178.10

Occupant [X] Owner [ ] Tenant [ ] Vacant  Special Assessments $  0          [ ] PUD  HOA $ 0       [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Personal

Lender/Client Home owner       Address

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s).   PER OWNER AND MLS

### CONTRACT

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $        Date of Contract       Is the property seller the owner of public record? [ ] Yes [ ] No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid.

### NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | | | Property Values [ ] Increasing [X] Stable [ ] Declining | | | PRICE $ (000) | AGE (yrs) | One-Unit 80 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | 600 Low 1 | | 2-4 Unit 05 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | | | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | | 4,500 High 100 | | Multi-Family 05 % |
| Neighborhood Boundaries  SUBJECT BOUNDRIES ARE HWY 78 TO THE NORTH, MELROSE DR. TO THE | | | | | | 2,000 Pred. 65 | | Commercial 05 % |
| EAST, 5 FRWY TO THE SOUTH AND OCEAN TO THE WEST. | | | | | | | | Other Vacant 05 % |

Neighborhood Description  SUBJECT IS LOCATED IN THE LIMITS OF SAN DIEGO COUNTY WITHIN THE COMMUNITY OF CARLSBAD. HOMES IN THE AREA ARE 1 & 2 STORY DWELLINGS WITH AVERAGE TO GOOD MAINTENANCE AND APPEAL. ACCESS TO THE SUBJECT IS VIA CHESTNUT. , EDUCATIONAL, RECREATIONAL AND LOCAL COMMUNITY  SERVICES WITHIN CLOSE PROXIMITY OF THE SUBJECT PROPERTY.

Market Conditions (including support for the above conclusions)  Evidence indicates that market values have been stable with current listing selling at 98-13% of list price. Supply and demand does appear to be in balance. Marketing time is within 18-213 days . EXPOSURE TIME: estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.

### SITE

Dimensions  See Site Map for Area Calculation     Area  29621 sf     Shape  Irregular      View  B;Ocean;

Specific Zoning Classification       R1     Zoning Description  Single Family Residence

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe) N/A

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No  If No, describe   None

| Utilities Public Other (describe) | Public | Other (describe) | | Off-site Improvements–Type | Public | Private |
|---|---|---|---|---|---|---|
| Electricity [X] | Water | [X] | | Street Asphalt | [X] | |
| Gas [X] | Sanitary Sewer | [X] | | Alley None | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No  FEMA Flood Zone X      FEMA Map # 06028/06073C/0764 G   FEMA Map Date 05/16/2012

Are the utilities and/or off-site improvements typical for the market area? [X] Yes [ ] No  If No, describe. N/A

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No  If Yes, describe.

NO APPARENT EASEMENTS, ENCROACHMENTS, OR SPECIAL ASSESSMENTS WHICH NEGATIVELY AFFECT THE SUBJECT PROPERTY OTHER THAN TYPICAL UTILITES. NO SURVEY OR TITLE REPORTS WERE PROVIDED TO APPRAISER FOR REVIEW.

### IMPROVEMENTS

| General Description | | Foundation | | Exterior Description  materials/condition | Interior  materials/condition |
|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [X] Concrete Slab [X] Crawl Space | | | Foundation Walls Concrete/Avg. | Floors Wd/Cpt/Tile/Avg |
| # of Stories 2 | [ ] Full Basement [ ] Partial Basement | | | Exterior Walls Wood/Stucco/Avg. | Walls Drywall/Avg |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area 0 sq. ft. | | | Roof Surface Comp Shingle/Avg. | Trim/Finish Wood/Avg |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 0 % | | | Gutters & Downspouts Alum/Avg. | Bath Floor Tile/Avg |
| Design (Style) Contemporary | [ ] Outside Entry/Exit [ ] Sump Pump | | | Window Type Alum/Avg. | Bath Wainscot Tile/Avg |
| Year Built 1970 | Evidence of [ ] Infestation | | | Storm Sash/Insulated No/Yes | Car Storage None |
| Effective Age (Yrs) 25 | [ ] Dampness [ ] Settlement | | | Screens Screens/Avg. | [X] Driveway  # of Cars 6 |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | | | Amenities  Woodstove(s) # | Driveway Surface Asphalt |
| [ ] Drop Stair [ ] Stairs | [ ] Other     Fuel | | | [X] Fireplace(s) # 2 [X] Fence | [X] Garage  # of Cars 3 |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | | | [X] Patio/Deck [X] Porch | [X] Carport  # of Cars 2 |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | | | [X] Pool Inground [X] Other BBQ | [X] Att. [X] Det. [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area above grade contains:    12 Rooms    5 Bedrooms   4.1 Bath(s)    3534 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).   NON-REALTY ITEMS WERE NOT INCLUDED IN VALUE, IE: WASHER & DRYER, SHEDS. SUBJECTS WATER HEATER IS DOUBLED STRAPPED AND IS EQUIPPED WITH CARBON MONOXIDE SENSOR.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C4;Kitchen-remodeled-six to ten years ago:Bathrooms-remodeled-six to ten years ago;There is no apparent structural damage to the subject. No apparent adverse conditions to the subject property.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No  If Yes, describe

At the time of the inspection the subject has no environmental conditions that would affect the subject, site, improvements or immediate vicinity noted or disclosed to appraiser.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No  If No, describe  The subject is conforming to the neighborhood in quality of construction, curb appeal, functional utilites and overall amenities.

## Uniform Residential Appraisal Report

There are __9__ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ __760,000__ to $ __4,300,000__ .

There are __17__ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ __900,000__ to $ __6,200,000__ .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 4424 HIGHLAND DR CARLSBAD, CA 92008-4227 | 3313 FOSCA ST CARLSBAD, CA 92009-7833 | | 6506 SURFSIDE LN CARLSBAD, CA 92011-3209 | | 7105 AVIARA DR CARLSBAD, CA 92011-4901 | |
| Proximity to Subject | | 6.65 miles SE | | 2.54 miles S | | 3.73 miles SE | |
| Sale Price | $ | | $ 2,275,000 | | $ 1,760,000 | | $ 2,170,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 406.25 sq. ft. | | $ 699.25 sq. ft. | | $ 382.58 sq. ft. | |
| Data Source(s) | | MLS;DOM 43 | | MLS;DOM 213 | | MLS;DOM 10 | |
| Verification Source(s) | | MLS#130034079 DOC#0000594040 | | MLS#120060811 DOC#0000495022 | | MLS#130012148 DOC#0000320814 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s09/13;c06/13 | | s08/13;Unk | | s05/13;c05/13 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 29621 sf | 1.27 ac | -25,700 | 4799 sf | +24,822 | 12514 sf | +17,107 |
| View | B;Ocean; | B;Ocean; | | B;Ocean; | | B;Ocean; | |
| Design (Style) | DT2;Contemporary | DT2;Contemporary | | DT2;Contemporary | | DT2;Contemporary | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 44 | 24 | 0 | 13 | 0 | 11 | 0 |
| Condition | C4 | C3 | -50,000 | C3 | -50,000 | C3 | -50,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | +4,000 | Total Bdrms Baths | +8,000 | Total Bdrms Baths | +4,000 |
| Room Count | 12 5 4.1 | 13 4 4.1 | | 10 3 3.1 | +6,000 | 12 4 4.1 | |
| Gross Living Area | 3534 sq. ft. | 5,600 sq. ft. | -82,640 | 2,517 sq. ft. | +40,680 | 5,672 sq. ft. | -85,520 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Adequate | Adequate | | Adequate | | Adequate | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 1ga2gd2cp6dw | 3ga2gd6dw | -6,000 | 2gbi2dw | | 2gbi2dw | |
| Porch/Patio/Deck | Patio/Porch | Patio/Porch | | Patio/Porch | | Patio/Porch | |
| Fireplaces | 2 Fireplaces | 4 Fireplace | -3,000 | 2 Fireplaces | | None | +50,000 |
| Pool | Pool | Pool | | Pool | | None | +50,000 |
| Guest House/Other | Guest House | Similar | | None | +75,000 | Similar | |
| Net Adjustment (Total) | | + X - | $ -163,340 | X + - | $ 104,502 | + X - | $ -64,413 |
| Adjusted Sale Price of Comparables | | Net Adj -7% Gross Adj 8% | $ 2,111,660 | Net Adj 6% Gross Adj 12% | $ 1,864,502 | Net Adj -3% Gross Adj 10% | $ 2,105,587 |

I | X | did | | did not research the sale or transfer history of the subject property and comparable sales. If not, explain   N/A

My research | X | did | | did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data source(s)  NDCDATA/MLS

My research | X | did | | did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data source(s)  NDCDATA/MLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 08/06/2013 | | | |
| Price of Prior Sale/Transfer | $0 | | | |
| Data Source(s) | TITLE / C. RECS | TITLE / C. RECS | TITLE / C. RECS | TITLE / C. RECS |
| Effective Date of Data Source(s) | 03/28/2014 | 03/28/2014 | 03/28/2014 | 03/28/2014 |

Analysis of prior sale or transfer history of the subject property and comparable sales  SUBJECT IS NOT CURRENTLY OFFERED FOR SALE. IT HAS
TRANSFERRED IN THE PAST 36 MONTHS.  COMP FIVE HAS TRANSFERRED IN THE LAST 12 MONTHS OF CURRENT CLOSING DATE.

Summary of Sales Comparison Approach   SUBJECT IS A COMPARABLE PROPERTY FOR THE AREA/GROSS LIVING. ADJUSTMENTS WERE MADE AT
$40.00 PSF.  BATHROOM AT $6,000, BEDROOM AT $4,000, GARAGE AT $2,000 PER SPACE,SITE AREA AT $1.00 PSF, FIREPLACE AT $1,500 AND
POOL AT $50,000  COMPS FOUR AND FIVE ARE CURRENTLY  ACTIVE AND PENDING SALES WHICH HAVE BEEN ADDED FOR SUPPORT

Indicated Value by Sales Comparison Approach $   2,105,000

Indicated Value by: Sales Comparison Approach $  2,105,000   Cost Approach (if developed) $   2,140,378   Income Approach (if developed) $

MOST EMPHASIS IS PLACED ON THE SALES COMPARISON ANALYSIS AS IT BEST REFLECTS THE OPINION OF THE SUBJECT'S CURRENT
OF MARKET VALUE IN TODAY'S MARKET. THE COST APPROACH WAS GIVEN SECONDARY CONSIDERATION IN DETERMINING THE
SUBJECT'S MARKET VALUE.

This appraisal is made | X | "as is," | | subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, | | subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or | | subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  THIS APPRAISAL IS WRITTEN AS A
SUMMARY APPRAISAL REPORT, AS DEFINED BY THE APPRAISAL STANDARDS BOARD AND IS FOR PERSONAL USE ONLY. THIS IS AN OPINION OF VALUE.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  2,105,000  , as of   03/28/2014  , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70  March 2005

Fannie Mae Form 1004  March 2005

PRIME PROPERTY APPRAISALS

File No. 50711667

Case No.

## Uniform Residential Appraisal Report

**Environmental Conditions:**

The appraisal is not a home inspection report and should not be relied upon to report the condition of the subject property being appraised. The appraiser is unaware of any hazardous wastes, toxic substances, or other adverse environmental conditions on the subject property, or the immediate vicinity, which would negatively impact the value of the subject. There was no evidence of mold at the time of inspection. however the appraiser is not an expert in this field and offers no opinions or warranties concerning mold.

**Sale and Listing History:**

A title report was not provided or reviewed to determine the sales history of the subject property. The basis for the sales history is from abstract of public records data.

**Clarification of Intended Use and Intended User:**

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for personal use, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

**Final Reconciliation:**

Greatest emphasis has been placed on the sales comparison approach as it best reflects the fluctuations of the marketplace and the interaction between typically informed buyers and sellers.

The sketch addendum provided in this report is intended for illustration/visualization purposes only an is not intended or appropriate for any other purpose and should not be relied upon for insurance purposes. All sketch dimensions and area calculation are approximate. I recommend that an insurance professional be consulted for insurance purposes.

The appraiser has no prior inspections on the subject.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate your cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) The subject's site value was based on research via county auditors, public data sources and appraisal data, including, but not limited to sales and or active/pending offerings. When sales of vacant land were not available the appraiser employed the extraction method to the Improved sales for verify site values in the immediate area.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ 1,200,000 |
|---|---|---|---|---|
| Source of cost data MARSHALL AND SWIFT HANDBOOK | Dwelling 3534 | Sq. Ft. @ $ 300.00 | =$ | 1,060,200 |
| Quality rating from cost service AVG. Effective date of cost data 03/28/2014 | | Sq. Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | PoolView | | | 250,000 |
| SQUARE FOOTAGE CALCULATIONS ON ATTACHED SKETCH ARE | Garage/Carport 720 | Sq. Ft. @ $ 45.00 | =$ | 32,400 |
| AN APPROXIMATION, WITH MINOR DEVIATIONS IN THE ACTUAL | Total Estimate of Cost-new | | =$ | 1,342,600 |
| SQUARE FOOTAGE OF LITTLE OR NO CONSEQUENCE. LAND | Less Physical 31 Functional 0 External 0 | | | |
| VALUE IS TYPICAL FOR THE AREA. MARSHALL AND SWIFT COST | Depreciation 422,222 0 0 | | =$ | 422,222 |
| MANUAL WAS USED FOR REPROCTION. | Depreciated Cost of Improvements | | =$ | 920,378 |
| | "As-is" Value of Site Improvements | | =$ | 20,000 |
| Estimated Remaining Economic Life (HUD and VA only) 45 Years | Indicated Value By Cost Approach | | =$ | 2,140,378 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | X Gross Multiplier | =$ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowner's Association (HOA)? ☐ Yes ☐ No  Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data source.

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowner's Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

PRIME PROPERTY APPRAISALS
EXTRA COMPARABLES 4-5-6

File No.  SDF1106G7
Case No.

Borrower  FATHI,SAAD & JAN M/FATHI,MUHAMMAD C
Property Address  4424 HIGHLAND DR

| City | CARLSBAD | County | SAN DIEGO | State | CA | Zip Code | 92008-4227 |
|---|---|---|---|---|---|---|---|
| Lender/Client | | Home owner | | Address | | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 4424 HIGHLAND DR | 4040 SKYLINE RD | | 241 DATE AVE | | | |
| | CARLSBAD, CA 92008-4227 | CARLSBAD, CA 92006-2747 | | CARLSBAD, CA 92008-7430 | | | |
| Proximity to Subject | | 0.74 miles NE | | 0.79 miles W | | | |
| Sale Price | $ | | $ 2,995.000 | | $ 1,925,000 | | $ |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 665.56 sq. ft. | | $ 591.94 sq. ft. | | $ sq. ft. | |
| Data Source(s) | | MLS;DOM 135 | | MLS;DOM 40 | | | |
| Verification Source(s) | | MLS#130060276 | | MLS#140008502 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | Listing | | Listing | | | |
| Concessions | | Conv;0 | | Conv;0 | | | |
| Date of Sale/Time | | Active | | c02/14 | | | |
| Location | N;Res; | N;Res; | | N;Res; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 29621 sf | 22651 sf | +6,970 | 8776 sf | +20,845 | | |
| View | B;Ocean; | B;Ocean; | | B;Ocean; | | | |
| Design (Style) | DT2;Contemporary | DT2;Contemporary | | DT2;Contemporary | | | |
| Quality of Construction | Q4 | Q4 | | Q4 | | | |
| Actual Age | 44 | 9 | 0 | 12 | 0 | | |
| Condition | C4 | C3 | -50,000 | C3 | -50,000 | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 12  5  4.1 | 15  5  5.1 | -6,000 | 12  5  4.0 | +3,000 | | |
| Gross Living Area | 3534 sq. ft. | 4,500 sq. ft. | -38,640 | 3,252 sq. ft. | +11,280 | sq. ft. | |
| Basement & Finished | 0sf | 0sf | | 0sf | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Adequate | Adequate | | Adequate | | | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | | |
| Energy Efficient Items | None | None | | None | | | |
| Garage/Carport | 2ga1gd2cp6dw | 3gbi6dw | -2,000 | 3gbi3dw | -2,000 | | |
| Porch/Patio/Deck | Patio/Porch | Patio/Porch | | Patio/Porch | | | |
| Fireplaces | 2 Fireplaces | 3 Fireplaces | | 2 Fireplaces | | | |
| Pool | Pool | Pool | | None | +50,000 | | |
| Guest House/Other | Guest House | Similar | | None | +75,000 | | |
| Net Adjustment (Total) | | + X - | $ -89,670 | X + - | $ 108,125 | + - | $ 0 |
| Adjusted Sale Price | | Net Adj -3% | | Net Adj 6% | | Net Adj 0% | |
| of Comparables | | Gross Adj 3% | $ 2,905,330 | Gross Adj 11% | $ 2,033,125 | Gross Adj 0% | $ 0 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 08/06/2013 | | 11/25/2013 | |
| Price of Prior Sale/Transfer | $0 | | $1,390,000 | |
| Data Source(s) | TITLE / C. RECS | TITLE / C. RECS | TITLE / C. RECS | |
| Effective Date of Data Source(s) | 03/28/2014 | 03/28/2014 | 03/28/2014 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Summary of Sales Comparison Approach

*SALES COMPARISON ANALYSIS*

PRIVATE PROPERTY APPRAISAL
File No. USDP1199G7

Case No.

**Uniform Residential Appraisal Report**

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

**Uniform Residential Appraisal Report**

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  FERNANDO RANGEL | Name |
| Company Name  PRIME PROPERTY APPRAISALS | Company Name |
| Company Address  42036 Moraga Rd. #16F | Company Address |
| Temecula, CA 92591 | |
| Telephone Number 951-415-9125 | Telephone Number |
| Email Address  Primepropertyapp@yahoo.com | Email Address |
| Date of Signature and Report  03/28/2014 | Date of Signature |
| Effective Date of Appraisal  03/28/2014 | State Certification # |
| State Certification # | or State License # |
| or State License #  AL042699 | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State  CA | |
| Expiration Date of Certification or License 06/13/2014 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

4424 HIGHLAND DR

CARLSBAD, CA 92008-4227

APPRAISED VALUE OF SUBJECT PROPERTY $    2,105,000

LENDER/CLIENT

| Name | Home owner |
|---|---|
| Company Name | Home owner |
| Company Address | |
| | |
| Email Address | |

**SUBJECT PROPERTY**

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection _____
☐ Did inspect interior and exterior of subject property
   Date of Inspection _____

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection _____

**UNIFORM APPRAISAL DATASET (UAD)**
**Property Condition and Quality Rating Definitions**

File No.   SDF1106G7
Case No.

## Requirements - Condition and Quality Ratings Usage

Appraisers must utilize the following standardized conditions and quality ratings within the appraisal report.

### Condition Ratings and Definitions

**C1**
The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

**Note:**  *Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either almost new or have been recently completely renovated and are similar in condition to new construction.

**Note:**  *The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

**Note:**  *The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of complete renovation.*

**C4**
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

**Note:**  *The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

**Note:**  *Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

**Note:**  *Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with condition severe enough to affect the safety, soundness, or structural integrity of the improvements.*

PRIME PROPERTY APPRAISALS

**UNIFORM APPRAISAL DATASET (UAD)**
**Property Condition and Quality Rating Definitions**

File No.   SDF1106G7
Case No.

### Quality Ratings and Definitions

**Q1**
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are exceptionally high quality.

**Q2**
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high-quality.

**Q3**
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard non-conforming additions to the original structure.

## Requirements - Definition of Not Updated, Updated and Remodeled

**Not Updated**

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

The area of the home has been modified to meet current market expectation. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

**Explanation of Bathroom Count**

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half-bath count is represented to the right of the period.

**Example:**
3.2 indicates three full baths and two half baths.

PRIME PROPERTY APPRAISALS

**UNIFORM APPRAISAL DATASET (UAD)**
**Property Description Abbreviations Used in This Report**

File No.   SDF1106G7
Case No.

| Abbreviation | Full Name | May Appear in These Fields |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sales or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Administration | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-In Garages | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Desing (Style) |
| HR | High Rise | Design (Style) |
| In | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sales or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

LOCATION MAP ADDENDUM

File No. 9 Son Ho9G/      Case No.

| Borrower | FATHI,SAAD & JAN M/FATHI,MUHAMMAD C | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4424 HIGHLAND DR | | | | | | |
| City   CARLSBAD | | County | SAN DIEGO | State | CA | Zip Code | 92008-4227 |
| Lender/Client   Home owner | | | Address | | | | |



PRIME PROPERTY APPRAISALS
**PLAT MAP**

File No.    SDF1106G7
Case No.

| Borrower | FATHI,SAAD & JAN M/FATHI,MUHAMMAD C | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4424 HIGHLAND DR | | | | | | |
| City  CARLSBAD | | County | SAN DIEGO | State | CA | Zip Code | 92008-4227 |
| Lender/Client    Home owner | | | | Address | | | |



PRIME PROPERTY APPRAISALS

**SKETCH ADDENDUM**

File No.  SDF1106G7
Case No.

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | FATHI,SAAD & JAN M/FATHI,MUHAMMAD C | | | | | |
| Property Address | 4424 HIGHLAND DR | | | | | |
| City  CARLSBAD | County | SAN DIEGO | State | CA | Zip Code | 92008-4227 |
| Lender/Client  Home owner | | Address | | | | |



PRIME PROPERTY APPRAISALS

**SUBJECT PHOTO ADDENDUM**

File No.    SDF1106G7
Case No.

| Borrower | FATHI,SAAD & JAN M/FATHI,MUHAMMAD C | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4424 HIGHLAND DR | | | | | | |
| City  CARLSBAD | | County | SAN DIEGO | State | CA | Zip Code | 92008-4227 |
| Lender/Client | Home owner | | Address | | | | |



**FRONT OF
SUBJECT PROPERTY**
4424 HIGHLAND DR
CARLSBAD, CA 92008-4227



**REAR OF
SUBJECT PROPERTY**



**STREET SCENE**

PRIME PROPERTY APPRAISALS
**EXTRA PHOTO SECTION**

File No.   SDF1106G7
Case No.

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower   FATHI,SAAD & JAN M/FATHI,MUHAMMAD C | | | | | | |
| Property Address   4424 HIGHLAND DR | | | | | | |
| City   CARLSBAD | County | SAN DIEGO | State | CA | Zip Code | 92008-4227 |
| Lender/Client   Home owner | | | Address | | | |



Front View



Front View



Pool



Pool House



Side view



Guest House

PRIME PROPERTY APPRAISALS
**EXTRA PHOTO SECTION**

File No.    SDF1106G7
Case No.

| Borrower | FATHI,SAAD & JAN M/FATHI,MUHAMMAD C | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4424 HIGHLAND DR | | | | | | |
| City CARLSBAD | | County | SAN DIEGO | State | CA | Zip Code | 92008-4227 |
| Lender/Client Home owner | | | Address | | | | |



Garage



BBQ



View



Ocean View



Living room



Kitchen

PRIME PROPERTY APPRAISALS
**EXTRA PHOTO SECTION**

File No.    SDF1106G7
Case No.

| Borrower | FATHI,SAAD & JAN M/FATHI,MUHAMMAD C | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4424 HIGHLAND DR | | | | | | |
| City | CARLSBAD | County | SAN DIEGO | State | CA | Zip Code | 92008-4227 |
| Lender/Client | Home owner | | Address | | | | |



Dining room



1/2 Bathroom



Bedroom



Bathroom



Bedroom



Bedroom

PRIME PROPERTY APPRAISALS
**EXTRA PHOTO SECTION**

File No.    SDF1106G7
Case No.

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | FATHI,SAAD & JAN M/FATHI,MUHAMMAD C | | | | | |
| Property Address | 4424 HIGHLAND DR | | | | | |
| City   CARLSBAD | | County | SAN DIEGO | State | CA | Zip Code   92008-4227 |
| Lender/Client   Home owner | | | Address | | | |



Bathroom



Bathroom



Bedroom



Guest House



Guest House Bedroom



Guest House Bathroom

PRIME PROPERTY APPRAISALS
COMPARABLES 1-2-3

File No.    SDF1106G7
Case No.

| Borrower | FATHI,SAAD & JAN M/FATHI,MUHAMMAD C | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4424 HIGHLAND DR | | | | | | |
| City  CARLSBAD | | County | SAN DIEGO | State | CA | Zip Code | 92008-4227 |
| Lender/Client    Home owner | | | Address | | | | |



**COMPARABLE SALE #    1**
3313 FOSCA ST
CARLSBAD, CA 92009-7833



**COMPARABLE SALE #    2**
6506 SURFSIDE LN
CARLSBAD, CA 92011-3209



**COMPARABLE SALE #    3**
7105 AVIARA DR
CARLSBAD, CA 92011-4901

PRIME PROPERTY APPRAISALS
COMPARABLES 4-5-6

File No.   SDF1106G7
Case No.

| Borrower | FATHI,SAAD & JAN M/FATHI,MUHAMMAD C | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4424 HIGHLAND DR | | | | | | |
| City  CARLSBAD | County | | SAN DIEGO | State | CA | Zip Code | 92008-4227 |
| Lender/Client   Home owner | | | Address | | | | |



**COMPARABLE SALE #**   4
4040 SKYLINE RD
CARLSBAD, CA 92008-2747



**COMPARABLE SALE #**   5
241 DATE AVE
CARLSBAD, CA 92008-7430

**COMPARABLE SALE #**   6
7105 AVIARA DR
CARLSBAD, CA 92011-4901

LICENSE

File No.  SDF1106G7
Case No.

| Borrower | FATHI,SAAD & JAN M/FATHI,MUHAMMAD C | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4424 HIGHLAND DR | | | | | | |
| City  CARLSBAD | | County | SAN DIEGO | State | CA | Zip Code | 92008-4227 |
| Lender/Client  Home owner | | | Address | | | | |



| Borrower | FATHI,SAAD & JAN M/FATHI,MUHAMMAD C | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4424 HIGHLAND DR | | | | | | |
| City  CARLSBAD | | County | SAN DIEGO | State | CA | Zip Code | 92008-4227 |
| Lender/Client  Home owner | | | Address | | | | |



**General Star National Insurance Company**
P O Box 10360 (Attn:  GSN)
Stamford, Connecticut 06904

## REAL ESTATE APPRAISERS ERRORS & OMISSIONS INSURANCE POLICY

### DECLARATIONS PAGE

This is a claims made and reported policy. Please read this policy and all endorsements and attachments carefully.

Policy Number:  NJA936576                    Renewal of Number:

1. **NAMED INSURED:**  Fernando V. Rangel
   **STREET ADDRESS:**
             723 South Glenwood Avenue
             Rialto, CA 92376

2. **POLICY PERIOD:**  Inception Date:  06/26/2013           Expiration Date:  06/26/2014
             Effective 12:01 a.m. Standard Time at the address of the Named Insured

3. **LIMITS OF LIABILITY:**
       Each Claim:  $500,000
       Aggregate:  $1,000,000
       Claim Expenses have a separate Limit of Liability:
       Each Claim:  $500,000
       Aggregate:  $1,000,000

4. **DEDUCTIBLE:**           Each Claim: $0_____  Aggregate: $0_____

5. **RETROACTIVE DATE:**  06/26/2012
       If a date is indicated, this policy will not provide coverage for any **Claim** arising out of any act, error,
       omission or personal injury which occurred before such date.
6. **ANNUAL PREMIUM:**           $717.00


   TOTAL Premium and Taxes/Surcharge :      $717.00
7. **ENDORSEMENTS:**
   This policy is made and accepted subject to the printed policy form together with the following form(s) or
   endorsement(s).
   AP 00 0001 (08/11), AP 04 0001 (06/11), AP 27 0004 (06/11), AP 21 0002 (06/11), AP 01 0004CA (06/11),
   AP 20 0001 (06/11), AP 08 0005CA (06/2011),

8. **PRODUCER NAME:**  Marsh U. S. Consumer
   **STREET ADDRESS:**  12421 Meredith Drive
             Urbandale, IA 50398

                                        _____
                                        Authorized Representative

Producer Code  26460                    Class Code: 73128
Date:   06/27/2013
AP 10 0001 06 11      ° Copyright 2011, General Star Management Company, Stamford, CT           Page 1 of 1